**Erick J. Haynie**, WSBA No. 37128
Erick@timberlinelawgroup.com
**TIMBERLINE LAW GROUP, P.C.**
7128 SW Gonzaga, Suite 100
Portland, Oregon 97223
Telephone:  541.386.6478

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

|  |  |
|---|---|
| **SHANNON WALKER**, a Washington resident,<br><br>    Plaintiff,<br><br>  v.<br><br>**OVIDIU MUNTEAN**, an Oregon resident also known as **LEONARD CRANE**; **20th AVENUE RENTALS LLC**, a Washington limited liability company,<br><br>    Defendants. | Case No. 3:26-cv-05115<br><br>**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR 48-HOURS EXTENSION TO FILE SUMMARY JUDGMENT RESPOSE** |

1-   **ORDER**

Plaintiff's motion for 48-hours additional time, being unopposed, and arising as a result of an unanticipated circumstance of Plaintiff's counsel while traveling, is hereby GRANTED.  Plaintiff is granted until May 28, 2026 to file Plaintiff's response to Defendants' motion for partial summary judgment (ECF 11).

Dated: May 27, 2026

Jamal N. Whitehead
United States District Judge

2-   ORDER

**Timberline Law Group, P.C.**
7128 SW Gonzaga, Suite 105
Portland, OR 97223
Phone:  541.386.6478